**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01277-CV

## IN RE LINDSEY MONJURE, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54257-2016**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **DENY** as moot relator's emergency motion to stay the underlying proceedings.

/s/ LANA MYERS
  JUSTICE